THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* HELEN MEYERS, LORRAINE RUSSO and DANIEL RUSSO, Respondents.

Argued November 15, 1948; decided December 2, 1948.

*James N. Gehrig, District Attorney* (*Philip Huntington* and *Henry Root Stern, Jr.,* of counsel), for appellant.

*George V. Fleckenstein* for respondents.

Order affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.